DEAN et al. v. BOOTH et al.

(Supreme Court, Special Term, New York County. July 6, 1900.)

COSTS—GROUNDS—ISSUES OF FACT.

The general answer of an infant by his guardian ad litem, when sufficient for the purpose of putting plaintiff to his proofs, and enabling the guardian to controvert every allegation of the complaint, suffices to raise an issue of fact for the purpose of taxation of costs.

Action by one Dean and others against one Booth and others. Motion for retaxation of costs. Granted.

John E. Roosevelt, for plaintiffs.
Geo. H. Yeaman, for defendants.
Stephen M. Yeaman, guardian ad litem.
E. J. McCabe, for defendant trustee.

BISCHOFF, J. For the purpose of putting the plaintiff to his proofs and of enabling the guardian ad litem to controvert every allegation of the complaint, should the interests of the infant so require, the general answer of the infant suffices to the same extent as though a general denial was interposed. To hold that no issue is

raised by such an answer would be to disregard the obvious purpose and effect of the pleading.

Motion by guardian ad litem for retaxation granted as to all items specified in the moving papers.